# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 18, 2013

Lyle W. Cayce
Clerk

No. 12-10714
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

AMBER SCHMIDT,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:11-CR-304-1

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Amber Schmidt has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Schmidt has not filed a response.  We have reviewed counsel's brief and the relevant portions of the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.